FILED
MAY 23 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Hoh River Timber Company, a Washington corporation,

Plaintiff,

v.

United States of America, through the Department of Agriculture, United States Forest Service,

Defendant.

No. 06-418 C

**RCFC 7.1(a)**
**DISCLOSURE STATEMENT**

Plaintiff Hoh River Timber Company is a privately held Washington corporation.

Hoh River has no corporate parent.

STOEL RIVES LLP

[signature]

Charles F. Adams
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Counsel of Record for
Hoh River Timber Company

Of Counsel:

Louis A. Ferreira
Charles F. Adams
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Dated: May 22, 2006