| | | |
|---|---|---|
| S. DEPARTMENT OF AGRICULTURE - FOREST SERVICE<br>TIMBER SALE CONTRACT<br>cable to Sales to be Measured Before Felling) | NAME OF PURCHASER<br>HOH RIVER TIMBER, INC. | 7-30-05<br>~~09-16-04~~<br>~~03-01-03~~ |
| FOREST<br>ford Pinchot | RANGER DISTRICT<br>Randle | |
| REGION<br>Six | CONTRACT NO.<br>078767 ~~10-31-2003~~ | |
| LE NAME<br>NSH-POLK M | SUBREGION<br>Douglas-fir | AWARD DATE<br>6/14/93 |
| | TERMINATION DATE<br>~~MARCH 31, 1998~~ | |

e parties to this contract are The United States of America, acting through the Forest Service, United States partment of Agriculture, hereinafter called Forest Service, and HOH RIVER TIMBER, INC.
P.O. BOX 127, BEAVER, WASHINGTON 98305
a Corporation doing business as Hoh River Timber, Inc. under the Laws of the State of Washington
reinafter called Purchaser.

See amend #20, 21, 24, 26, 27, 28

Forest Service having advertised a sale at which either (1) Purchaser, whose required bid deposit is now held by orest Service as an initial deposit, was the successful bidder, or (2) no bids were received and Purchaser having ubsequently offered at least the minimum advertised price and made an initial deposit in the same amount as the bid eposit specified in the sale advertisement; and the parties hereto desiring to record their agreement: now herefore,

n consideration of the premises and the promises hereinafter contained, unless provided otherwise herein, Forest ervice agrees to sell and permit Purchaser to cut and remove and Purchaser agrees to purchase, cut and remove ncluded Timber.

his contract consists of three Divisions: AT - Specific Conditions, BT - Standard Provisions, and CT - Special rovisions, together with Sale Area Map, Drawings and specifications for developments (if any) and such attachments s may be provided for in Division CT. Specific Conditions are numbered and apply to the Part, Section, Subsection, or Item of the Standard Provisions, as indicated hereunder. Other conditions of this contract are stated in Division ecial Provisions.

ITNESS WHEREOF, the parties hereto have executed this contract as of the award date.

UNITED STATES OF AMERICA

BY /s/ Harry L Cody

CONTRACTING OFFICER
(Title)

Two Witnesses:[3]

(Name)

(Address)

(Name)

(Address)

Hoh River Timber, Inc
(Purchaser)

By /s/ Dean Hurn

PRESIDENT
(Title)

Hoh River Timber Inc. P.O. Box 127, Beaver, Washington 98305
(Business Address)

I,[5] Elaine Hurn, certify that I am the Secretary of the corporation named as Purchaser herein; that Dean Hurn who signed this contract on behalf of Purchaser, was then President of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

/s/ Elaine Hurn

CORPORATE SEAL[6] — seal affixed

2400-6T, Page 101 (10/73)

(OVER)



EXHIBIT 1
PAGE 1