United States Department of Agriculture | Forest Service | Gifford Pinchot National Forest 360-891-5000 FAX 360-891-5045 | 10600 NE 51st Circle Vancouver, WA 98682 TTY 360-891-5003

**File Code:** 2450 **Date:** February 24, 2006

**Subject:** NSH-Polk M Timber Sale, Contract No. 078767
Cowlitz Valley Ranger District

**To:** Hoh River Timber, Inc.
PO Box 127
Beaver, WA 98305-0127

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Gentleman:

CONTRACTING OFFICER'S FINDINGS AND DECISION

Your NSH-Polk M Timber Sale, Contract No. 078767, expired on July 30, 2005 in an uncompleted condition as described in CT9.4 Failure to Cut. Accordingly as Contracting Officer, I have calculated damages due the Government as outlined in the referenced provision and displayed in this decision.

1. PREFACE AND DIGEST

   a. Claim Identification Number 6-06-1

   b. Location: Region 6, Gifford Pinchot National Forest, Cowlitz Valley Ranger District.

   c. Timber Sale: NSH-Polk M
      Contract Date: June 14, 1993
      Contract Form: 2400-6T
      Original Term Date: March 31, 1998
      Adjusted Term Date: July 30, 2005
      Purchaser: Hoh River Timber, Inc.
      PO Box 127
      Beaver, WA 98305-0127

   d. Government's Claim:

      Government claims damages in the amount of $ 369,112.08 for the Purchaser's failure to complete, remove and pay for the NSH-Polk M Timber sale as required in the Timber Sale Contract. Volume not cut, removed and paid for is 1663.48 MBF.

| | |
|---|---|
| Total Damages Due*: | $811,046.31 |
| Predicted Bid Value**: | $385,043.62 |
| Remaining Damages Due: | $426,002.69 |
| Cash Available*: | $56,890.61 |
| Remaining Damages Due: | $369,112.08 |

*Total Damages Due is the contract value remaining at time of default based on rates at the end of the third quarter of 2005 multiplied by the remaining volume not cut and removed from the sale.

**Predicted Bid Value is the value developed as a result of a transactional evidence sale appraisal done at the time of default on the remaining volume not cut and removed.

*Cash available will be applied to damages due. Your performance bond will be retained in place until remaining damages are paid.

FINDINGS:

a. The NSH-Polk M Timber Sale was advertised on April 28,1993. A sale volume of 4,240 M board feet of Douglas-fir and Other species was advertised for $272.98 per MBF.

b. The NSH-Polk M bid opening, followed by oral bidding, was held on May 27, 1993.

c. Hoh River Timber, Inc. was the successful high bidder (from six qualified bidders) at a bid rate of $568.00 per MBF.

d. The NSH-Polk M Timber Sale was awarded to Hoh River Timber, Inc on June 14, 1993. Contract Form 2400-6T (10/73) was used.

e. January 26, 1994 - modification at purchaser's request to divide Payment Unit 1 into 1a and 1b and Payment Unit 13 into 13a and 13b.

f. May 16, 1994 - modification to add provision CT4.228 - Performance Bond as Security for Felled Timber.

g. November 14, 1994 - Road Completion date extended to 11/30/95 by letter.

h. February 24, 1995 & March 30, 1995 - modification of CT6.404# and CT2.35# (Option 1), revised for Payment Unit division.

i. April 18, 1995 - Replaced AT5A - Base Index by letter.

j. October 2, 1995 – Market Related Contract Term Addition (MRCTA) granted to extend sale term date to August 30, 1999 and revised CT4.264# - Periodic Payment Schedule.

k. August 24, 1995 - Purchaser Credit Limit increased by letter.

l. February 7, 1996 – contract modification to delete CT8.3 (1/86) and add CT8.3 (1/93). New provision increases limit by $20,000.

m. December 12, 1996 - Contract Term Adjustment (CTA) granted to July 26, 2000 and revised CT4.264# - Periodic Payment Schedule.

n. February 4, 1997 - Pen and Ink Change by letter to correct CT4.264# - Periodic Payment Schedule.

o. February 28, 1997 - modification to change Payment Unit 4 to Payment Unit 4M, revises Sale Area Map, reduces acres and volume quantity.

p. May 13, 1997 - Consent of Surety to extend Performance Bond.

q. January 13, 1998 - CTA granted to July 1, 2001 and revised CT4.264# - Periodic Payment Schedule.

r. July 6,1998, modification to delete CT8.212# (9/91 and add CT8.212# (5/98). New provision changes Index Name and Number.

s. November 13, 1998 - MRCTA granted to extend sale term date to July 1, 2002 and revised CT4.264# - Periodic Payment Schedule.

t. December 7, 1998 - Blanket Payment Bond replaced with Single Payment Bond.

u. April 20, 1999 - MRCTA granted to extend sale term date to October 31, 2002 and revised CT4.264# - Periodic Payment Schedule.

v. October 6, 1999 - modification to divide Payment unit 10 into 10a and 10b and Payment Unit 11 into 11a and 11b, separates tractor yarding portions.

w. February 11, 2000 - Contracting Officer modified the contract under CT6.25# to provide required protection for Northern Spotted Owls by adding an Operating Restriction to CT6.315#.

y. February 11, 2000 - Replaced AT5a Base Index by letter.

z. October 23, 2000 - Payment Bond canceled by Surety.

aa. November 2, 2000 - Notification of termination of acceptable surety by letter, performance bond cancelled.

bb. December 5, 2000 – Notification by rider from surety that performance bond is replaced.

cc. December 6, 2000 - modification to add stream buffers and reduce volume quantities stated in AT2 and AT5c.

dd. January 5, 2001 - Payment Bond Replaced.

ee. January 31, 2001 - MRTCA granted to extend sale term date to March 1, 2003 and revised CT4.264# - Periodic Payment Schedule.

ff. February 6, 2001 - by letter, Hoh River Timber, Inc. requested that the Forest Service rescind the NSH-Polk M Timber Sale.

gg. March 15, 2001 - by letter, the Contracting Officer informed the Purchaser that the Forest Service found no merit in the Purchaser's request to rescind the NSH-Polk M Timber Sale.

hh. July 24, 2001 - CTA granted to September 16, 2004 and revised CT4.264# - Periodic Payment Schedule.

ii. July 15, 2003 - by letter, Hoh River Timber, Inc. requested that the NSH-Polk M Timber Sale be canceled.

jj. August 26, 2003 - by letter, the Contracting Officer informed the Purchaser that it was not in the Government's best interest to cancel the NSH-Polk M Timber Sale.

kk. November 12, 2003 - Hoh River Timber, Inc. made Periodic Payment in the amount of $59,791.26.

ll. June 28, 2004 – by letter, Hoh River Timber, Inc. informed the Forest Service that they were interviewing potential contractors to complete the NSH-Polk M Timber Sale.

mm. July 20, 2004 - by letter, the Contracting Officer informed Hoh River Timber, Inc. that additional Contract Term Adjustment was available if requested and that the Forest Service stood ready to assist Hoh River in completion of the sale.

nn. August, 2004 - by letter, Hoh River Timber, Inc. submitted an operating plan stating intent to complete the NSH-Polk M Timber Sale.

oo. September 8, 2004 - Contract Term Adjustment granted to July 30, 2005.

pp. April 29, 2005 - by letter, the Contracting Officer informed Hoh River Timber, Inc. of the pending expiration date for the NSH-Polk M Timber Sale and qualifying conditions for extension.

qq. July 14, 2005 - by letter, the Contracting Officer informed Hoh River Timber, Inc. about the pending expiration date, that there were no other qualifying reasons for extension and the NSH-Polk M Timber Sale would default in an uncompleted condition on July 30, 2005.

rr. July 30, 2005 - final Termination Date. NSH-Polk M Timber Sale expired in an uncompleted condition with volume remaining to remove.

ss. The NSH-Polk M Timber Sale Contract includes Provision CT9.4 - Failure to Cut (9/89)

DISCUSSION AND DECISION

It is my decision that damages are due the United States and the calculation of damages is correct and in accordance with Standard Provision CT9.4 - Failure to Cut. Therefore, Hoh River Timber, Inc., is liable to the United States in the amount of $369,112.08. Bill for Collection for remaining damages due is enclosed. Payment is due in 30 days of issue date of Bill for Collection.

CONCLUDING INFORMATION

This is the final decision of the Contracting Officer. This decision may be appealed to the Agriculture Board of Contract Appeals. If you decide to make such appeal, you must mail or otherwise furnish written notice thereof to the Agriculture Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, shall reference this decision, and identify this contract number. In lieu of appealing to the Agriculture Board of Contract Appeals, you may bring an action directly to the U.S. Court of Federal Claims within 12 months of the date you receive this decision.

FREDRICK A. DORN
Contracting Officer

cc: Surety, R-6 Chris Anderson, Cowlitz Valley Ranger District

EXHIBIT 2
PAGE 5