USDA

**USDA FOREST SERVICE**

**B I L L F O R C O L L E C T I O N**

BILL DATE: 02/24/06

PAGE: 01

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER.
DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE
ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:

USDA FOREST SERVICE
C/O CITIBANK
P.O. BOX 894183
LOS ANGELES, CA 90189-4183

TO:

HOH RIVER TIMBER INC
PO BOX 127

BEAVER WA 98305-0000

PAYER INDICATE
AMOUNT ENCLOSED:

NET AMOUNT DUE: $ 369,112.08

DUE DATE: 03/26/06

BILL NUMBER: TM 0603W600071

PAYER CODE: 910913249 A

AGREEMENT NO: CONTRACT NO: 060305078767

DESCRIPTION: NSH-POLK M DEFAULT DAMAGES

REMARKS:
RE: PAYER CODE: 910913249 A BILL NO: TM 0603W600071

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS
TO:

GIFFORD PINCHOT NF
10600 NE 51ST CIRCLE
VANCOUVER, WA 98682
360-891-5053

| | | |
|---|---|---|
| PRINCIPAL: | $ | 369,112.08 |
| INTEREST: | | |
| ADMINISTRATIVE COSTS: | | |
| PENALTY: | | |
| AMOUNT DUE: | $ | 369,112.08 |
| AMOUNT CREDITED: | | |
| NET AMOUNT DUE: | $ | 369,112.08 |

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED. LATE FEES DO NOT APPLY FOR BILLINGS IN ADVANCE OF RECEIPT OF GOODS OR SERVICES

| LINE | ORG | JOB | AMOUNT | LINE | ORG | JOB | AMOUNT | LINE | ORG | JOB | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 0603 | 87052206 | $ 369,112.08 | | | | | | | | |

EXHIBIT 3
PAGE 1