**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Hoh River Timber Company, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, through the Department of Agriculture, United States Forest Service,<br><br>Defendant. | No. 06-418C<br><br>Judge Nancy B. Firestone |

MOTION FOR CHANGE OF ATTORNEY OF RECORD

Pursuant to Rule 83.1(c)(4) of Rules of the United States Court of Federal Claims ("RCFC"), plaintiff Hoh River Timber Company moves the court for an order changing the attorney of record for plaintiff from Charles F. Adams to Louis A. Ferreira. This motion is supported by the Affidavit of Louis A. Ferreira attached hereto.

Mr. Ferreira and Mr. Adams are both with the law firm of Stoel Rives LLP. At the time of filing of the complaint in this matter, Mr. Ferreira was not yet a member of the bar of this court and Mr. Adams signed the complaint as attorney of record. Mr. Ferreira is now a member of the bar of this court and plaintiff asks that Mr. Ferreira be listed as attorney of record. Mr. Adams will continue "of counsel" on this matter. Mr. Adams consents to this change.

For the foregoing reasons, plaintiff requests the court to change its attorney of record in this case to Louis A. Ferreira.

STOEL RIVES LLP

/s/ ________________________________
Louis A. Ferreira
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Counsel of Record for
Hoh River Timber Company

Of Counsel:

Charles F. Adams
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Dated: July 3, 2006