**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Hoh River Timber Company, a Washington corporation,

Plaintiff,

v.

United States of America, through the Department of Agriculture, United States Forest Service,

Defendant.

No. 06-418C

Judge Nancy B. Firestone

MOTION TO CORRECT OR AMEND DOCUMENT NO. 7,

MOTION TO SUBSTITUTE ATTORNEY

On July 6, 2006, pursuant to Rule 83.1(c)(4) of Rules of the United States Court of Federal Claims ("RCFC"), plaintiff Hoh River Timber Company moved the court for an order changing the attorney of record for plaintiff from Charles F. Adams to Louis A. Ferreira ("Motion"). This Motion was supported by the Affidavit of Louis A. Ferreira. The Motion was improperly signed since it did not contain the printed name of the substituting attorney, Louis A. Ferreira, on the signature line and did not contain a signature of the substituted attorney, Charles F. Adams.

/////

//////

Attached hereto is the amended Motion along with the previously signed and notarized affidavit of Louis A. Ferreira.

For the foregoing reasons, plaintiff requests the Court to allow the filing of the Amended Motion for Change of Attorney of Record to correct the signature deficiencies.

STOEL RIVES LLP

Louis A. Ferreira
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Counsel of Record for
Hoh River Timber Company

Of Counsel:

Charles F. Adams
Of Counsel
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Dated: July 11, 2006