**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Hoh River Timber Company, a Washington corporation,

Plaintiff,

v.

United States of America, through the Department of Agriculture, United States Forest Service,

Defendant.

No. 06-418C

Judge Nancy B. Firestone

AFFIDAVIT OF LOUIS A. FERREIRA IN SUPPORT OF MOTION FOR CHANGE OF ATTORNEY OF RECORD

STATE OF OREGON )
) ss.
County of Multnomah )

I, Louis A. Ferreira, being first duly sworn, do hereby depose and say:

1. I am an attorney with the law firm of Stoel Rives LLP.

2. The complaint in this case was filed on May 23, 2006, at which time I had not yet been admitted to the bar of this court. My partner, Charles F. Adams, signed the complaint as attorney of record.

/////

3. I am now a member of the bar of this court and request that I be listed as attorney of record for plaintiff and Mr. Adams as of counsel. Mr. Adams consents to this change.

DATED this 5th day of July, 2006.

Louis A. Ferreira

SUBSCRIBED AND SWORN to before me this 5th day of July, 2006.

Lucille M. Jette
Notary Public for Oregon
My Commission Expires: 9/18/2007

OFFICIAL SEAL
LUCILLE M JETTE
NOTARY PUBLIC-OREGON
COMMISSION NO. 372517
MY COMMISSION EXPIRES SEPT 18, 2007