# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: July 13, 2006)**

* * * * * * * * * * * * * * * * * *

**HOH RIVER TIMBER COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the plaintiff's July 6, 2006 motion and July 11, 2006 amended motions to change the attorney of record. The plaintiff's request to change the attorney of record is **GRANTED**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge