# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: September 26, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **HOH RIVER TIMBER COMPANY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER ON MOTION

Defendant's unopposed motion, filed September 22, 2006, for a 24-day enlargement of time to respond to plaintiff's amended complaint is **GRANTED**. Accordingly, defendant shall file its response by **Monday, October 16, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge