# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Hoh River Timber Company, a Washington corporation,

Plaintiff,

v.

United States of America, through the Department of Agriculture, United States Forest Service,

Defendant.

No. 06-418C

(Judge Firestone)

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

For its answer to defendant United States' counterclaims, plaintiff Hoh River Timber Company ("Hoh River"), admits, denies and alleges as follows:

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Admits.

6. Denies.

7. Denies.

8. The allegations contained in paragraph 8 are conclusions of law for which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

9. Admits the allegations contained in paragraph 9 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies all other allegations contained in paragraph 9 for lack of knowledge and information sufficient to form a belief as to their truth.

10. Admits the allegations contained in paragraph 10 to the extent supported by the contract cited, which is the best evidence of its contents; the remaining allegations contained in paragraph 10 are conclusions of law for which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

11. Admits.

12. Denies

13. Admits.

14. The allegation contained in paragraph 14 requires no response.

15. Denies.

16. Admits.

17. The allegations contained in paragraph 17 are conclusions of law and defendant's characterization of its case to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

18. Denies.

19. Hoh River realleges and incorporates herein by reference all counts contained in its Amended Complaint as affirmative defenses to these counterclaims.

WHEREFORE, Hoh River requests judgment as follows:

1. Under each or all of Counts I, II or III, the Court should declare Hoh River not to be in breach;

2. Under each or all of Counts I, II or III, the Court should enter a judgment in favor of Hoh River awarding no damages to the United States;

3. In the alternative, the Court should under Count IV offset against the amount (if any) due for failure to cut by an equitable adjustment which reflects the cost impacts of the government's Constructive Change;

3. Dismissal, with prejudice, of defendant's counterclaims in their entirety;

4. On each and all of Counts I through IV, award such other relief as the court deems appropriate.

STOEL RIVES LLP

Louis A. Ferreira
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Counsel of Record for
Hoh River Timber Company

Of Counsel:

Charles F. Adams
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Dated: November 7th, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS** on the following named person(s) on the date indicated below by

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☐ email
- ☒ notice of electronic filing using the Cm/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

Richard P. Schroeder
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 353-7961
Fax: (202) 353-7988
Email: richard.schroeder@usdoj.gov

DATED: November 7th, 2006.

STOEL RIVES LLP

Louis A. Ferreira
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
Email: laferreira@stoel.com

Counsel of Record for Hoh River Timber Company

Of Counsel:

Charlie F. Adams
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
Email: cfadams@stoel.com