# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: January 2, 2007)**

* * * * * * * * * * * * * * * * * *

**HOH RIVER TIMBER COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR EXTENSION OF TIME**

Defendant's unopposed motion, filed December 22, 2006, for a 14-day enlargement of time to file the joint preliminary status report is **GRANTED**. Accordingly, the parties shall file the joint preliminary status report by **Friday, January 12, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge