**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HOH RIVER TIMBER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-418C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT**
**OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of 11 days, from January 12, 2007, through and including January 23, 2007, for the parties to file their Joint Preliminary Status Report ("JPSR"). Plaintiff's counsel has indicated that he does not oppose this motion. We previously have been granted a 14-day enlargement of time for this purpose.

The Government is in the process of preparing proposed revisions to the draft JPSR previously provided by agency counsel. Once this is done, we will need to provide our revisions to plaintiff's counsel for further discussion. Further, prior to filing the status report, we must submit it for internal review and make any additional changes required as a result.

In addition, agency counsel was out of the office from December 18, 2006 through December 22, 2006, and undersigned counsel was on leave from December 26, 2006 through December 29,

2006. Undersigned counsel also was out of the office, in South Carolina, from January 8, 2007 through January 10, 2007, for depositions in Hooker v. United States, Consol. Nos. 03-1501C, 04-1126C. Although undersigned counsel previously believed that there would be sufficient time to complete the JPSR despite these absences, a brief additional enlargement is required.

Moreover, undersigned counsel is responsible for the following matters that recently have required his attention, or that will require his attention in the coming days: (1) Hicks v. United States, Fed. Cl. No. 05-1058C (response to motion to intervene filed January 8, 2007); (2) Brooks v. United States, Fed. Cl. No. 03-2470 (hearing on motion to compel conducted January 11, 2007); (3) Rome Research Corp. v. United States, Fed. Cl. No. 06-377C (response to complaint due January 12, 2007); (4) Friedman v. United States, Fed. Cl. No. 05-1355C (Government's reply brief due January 18, 2007); (5) Davis v. United States, Fed. Cl. No. 06-507C (Government's response to amended complaint due January 22, 2007); (6) Bland v. United States, Fed. Cl. No. 04-557C (ADR before a settlement judge scheduled for January 24, 2007 regarding Bland and six related cases); and (7) Tara Materials, Inc. v. United States, CIT No. 06-142 (Government's response to plaintiff's motion for judgment upon the agency record due January 26, 2007). Counsel intends to seek enlargements in the Rome, Friedman, and Tara cases as well.

Finally, Monday, January 15, 2007 is a Federal holiday. Undersigned counsel also will be out of the office for at least a portion of the day on January 19, 2007 for a dentist appointment.

## **CONCLUSION**

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time, through and including January 23, 2007, for the parties to submit the JPSR in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Kathryn A. Bleecker***
KATHRYN A. BLEECKER
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

January 12, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 12th day of January 2007, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder