# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: January 16, 2007)**

* * * * * * * * * * * * * * * * *
*
**HOH RIVER TIMBER COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER ON MOTION FOR EXTENSION OF TIME

Defendant's unopposed motion, filed January 12, 2007, for an 11-day enlargement of time to file the joint preliminary status report is **GRANTED**. Accordingly, the parties shall file the joint preliminary status report by **Tuesday, January 23, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge