# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: February 2, 2007)**

* * * * * * * * * * * * * * * * *
*
**HOH RIVER TIMBER COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** the joint preliminary status conference for **Wednesday, February 14, 2007 at 2:00 pm eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (503) 224-3380; counsel for defendant at (202) 305-7788. Agency counsel will also participate in the status conference and will be contacted at (503) 326-7264. The court will initiate the conference call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge