# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: February 14, 2007)**

* * * * * * * * * * * * * * * * *
**HOH RIVER TIMBER COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the February 14, 2007 status conference, the court hereby **ORDERS** the following:

1. The parties shall complete fact discovery by **Thursday, January 31, 2008**.

2. Expert reports shall be exchanged on or before **Monday, March 31, 2008**.

3. The parties shall complete expert discovery by **Friday, May 16, 2008**.

4. A status conference to schedule a site visit is scheduled for **Wednesday, March 14, 2007 at 2:00 pm eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (503) 224-3380; counsel for defendant at (202) 305-7788. Agency counsel will also participate in the status conference and will be contacted at (503) 326-7264. The court will initiate the conference call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge