# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: March 15, 2007)**

* * * * * * * * * * * * * * * * *

**HOH RIVER TIMBER COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## O R D E R

Pursuant to the March 14, 2007 status conference, the court hereby **ORDERS** the following:

1. A site visit is scheduled for **Thursday, May 10, 2007**. All parties will meet at the district office in Randle, WA at **10:30 a.m**.

2. The parties shall file a joint status report no later than **Thursday, April 26, 2007** including the following information:

   a. Driving directions from the United States Courthouse located at 700 Stewart Street in Seattle, WA to the district office in Randle, WA.

   b. Specific locations to be visited during the May 10, 2007 site visit.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge