**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Hoh River Timber Company, a Washington corporation,

Plaintiff,

v.

The United States,

Defendant.

No. 06-418C

(Judge Firestone)

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to United States Court of Federal Claims Rule 6.1, plaintiff Hoh River Timber Company respectfully requests an enlargement of time of 7 days, from April 26, 2007, through and including May 3, 2007, for the parties to file their Joint Status Report ("JSR"). Defendant's counsel has indicated that the United States does not oppose this motion. We have not previously been granted an enlargement of time for this purpose.

Counsel for the parties have exchanged JSR drafts with each other and are currently discussing the order in which proposed areas will be visited during the May 10, 2007 site visit. The United States is currently reviewing plaintiff's proposed revisions to the draft JSR.

In addition, plaintiff's counsel is out of the office April 26, 2007 through April 29, 2007 for an out of state firm meeting. Although undersigned counsel previously believed that there would be sufficient time to complete the JSR despite the need for this absence, a brief additional enlargement is required.

**CONCLUSION**

For the foregoing reasons, plaintiff respectfully requests that the Court grant this motion for an enlargement of time, through and including May 3, 2007, for the parties to submit the JSR in this action.

Respectfully submitted,

**s/Louis A. Ferreira**
LOUIS A. FERREIRA
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
(503) 224-3380

Attorneys for Plaintiff

Of Counsel:

Charles F. Adams
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 25th day of April, 2007, a copy of the foregoing **"PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Louis A. Ferreira**
Louis A. Ferreira