# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: April 26, 2007)**

* * * * * * * * * * * * * * * * * *
*
**HOH RIVER TIMBER COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER ON MOTION

Plaintiff's unopposed motion for a seven-day enlargement of time to file the parties to file a joint status report is **GRANTED-IN-PART**. The parties shall have until **Wednesday, May 2, 2007** to file a joint status report.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge