# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: May 2, 2007)**

* * * * * * * * * * * * * * * * *
*
**HOH RIVER TIMBER COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **ORDERS** the following:

1. The site visit that was scheduled for Thursday, May 10, 2007 is **CANCELLED**. The site visit is **RESCHEDULED** for **Tuesday, June 5, 2007**. All parties will meet at the district office in Randle, WA at **10:30 a.m**.

2. The parties shall file a joint status report no later than **Tuesday, May 22, 2007** including the following information:

   a. Driving directions from the United States Courthouse located at 700 Stewart Street in Seattle, WA to the district office in Randle, WA.

   b. Specific locations to be visited during the June 5, 2007 site visit.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge