# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Hoh River Timber Company, a Washington corporation,

Plaintiff,

v.

The United States,

Defendant.

No. 06-418C

(Judge Firestone)

## JOINT STATUS REPORT

Plaintiff, Hoh River Timber Company, and Defendant, the United States, hereby submit the following Joint Status Report in response to the court's Order of May 2, 2007.

**a. Directions from the United States Courthouse (700 Stewart St., Seattle) to the Cowlitz Valley Ranger District Office (10024 U.S. Hwy. 12, Randle):**

1. From the corner of 7th Avenue and Stewart Street, turn right (toward 6th Avenue).

2. Go two blocks and turn left on Westlake Avenue.

3. Westlake Avenue becomes 5th Avenue. Continue on 5th Avenue for 0.4 miles.

4. Turn left on Spring Street.

5. From the right-hand lane, merge onto I-5 South.

6. Stay on I-5 South for approximately 97 miles to Exit 68 (US Hwy. 12).

7. Turn left on US Hwy. 12 (toward Yakima/Morton), and travel approximately 42 miles.

8. The Cowlitz Valley Ranger District is approximately 1 mile east of Randle on the right.

Travel time is approximately 2-3/4 hours.

**b. Itinerary for the June 5, 2007 Site Visit:**

10:30-10:45: Orientation/Safety Briefing

Cowlitz Valley Ranger District Office, Randle, WA

10:45-12:30: Drive through Units 1A, 1B, 2, 3, 4M, 6, and 8 (units harvested in 1994) and eat lunch.

12:30-2:30: Hike through Units 11 and 11B (units that have not been harvested).

2:30-3:30: Travel back to the Ranger District Office.

A map of the area to be visited in the afternoon is attached.

Lunch is available for purchase in Randle at Fischer's Market and the Shell Gas Convenience Store.

Dated: May 22, 2007.

Respectfully submitted,

***s/Louis A. Ferreira***
LOUIS A. FERREIRA
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
(503) 224-3380

Attorneys for Plaintiff

Of Counsel:

Charles F. Adams
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Kathryn A. Bleecker***
by SJG
KATHRYN A. BLEECKER

Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
110 L Street, N.W.
Washington,D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

# SALE AREA AND SLASH DISPOSAL MAP

SALE NAME : NSH-POLK M

NATIONAL FOREST : GIFFORD PINCHOT

RANGER DISTRICT : RANDLE

## Legend

| | |
|---|---|
| 55 | Road Number |
| ═══ | Existing Transportation System, CT5.12, BT6.22 |
| ▭ ▭ ▭ | Specified Road Construction, BT5.2, AT9 |
| △1 | Source of Base Course, Surface Rock and Rock Riprap, CT5.221# |
| △T | Rock Source for Temporary Roads and Landings, CT6.2# |
| KO | Keep Road or Trail Open, BT6.22 |
| LTM | Leave Tree Marking, BT2.35, CT2.35# (Option 1) |
| ITM | Individual Tree Marked Unit, BT2.35, CT2.35# (Option 1) |
| CC | Clearcutting Unit, BT2.31 |
| S | Skyline Yarding Specified, BT6.42, CT6.42# |
| T | Tractor Yarding Specified, BT6.42, CT6.42# |
| . . — ' —— | Specified Yarding Boundary, BT6.42 |
| MLA | Modified Logging Area, CT6.43 |
| LCC | Landing Construction Critical, CT6.422 |
| SCA | Sensitive Construction Area, CT5.1 (Option 2) |
| (D) | Disposal Site, CT5.1, (Option 1) |
| ⊙ | Protect Genetic Tree, CT2.3#, CT6.32 |
| ~~→ | Protect Streamcourse, Block Marks Upper Limits. BT6.5 |
| Class I | Class I Stream, Directional Felling Required, CT6.51 |
| LWMA | Pieces (logs) to be Left, CT6.404# |
| DF | Directional Felling Required, CT6.41# (See note below) |

SALE AREA AND SLASH DISPOSAL MAP

SALE NAME: NSH - POLK M

NATIONAL FOREST: GIFFORD PINCHOT

RANGER DISTRICT: RANDLE




R. 8 E.

Scale: 6" = 1 Mile

0 1/4 1/2 Mile

evised 1/ 27/95 GJS
evised 1/ 19/94 GJS
SLH

#24

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 22nd day of May, 2007, a copy of the foregoing **"JOINT STATUS REPORT"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/Louis A. Ferreira***
Louis A. Ferreira