IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HOH RIVER TIMBER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>) No. 06-418C<br>) (Judge Nancy B. Firestone)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of L. Misha Preheim, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12110
Washington, D.C. 20530
Phone: (202) 305-3087
Fax: (202) 305-0972
Email: Misha.Preheim@usdoj.gov

Attention: Classification Unit
8th Floor

s/L. Misha Preheim
L. Misha Preheim
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: August 31, 2007

CERTIFICATE OF FILING

I hereby certify that on August 31, 2007 a copy of foregoing "NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim