IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOH RIVER TIMBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-418C |
| | ) | (Judge Nancy B. Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION TO STAY

Defendant, the United States, respectfully requests that the Court stay this matter until March 31, 2008. Discovery is scheduled to close in this case on January 31, 2008. However, the parties have reached a tentative agreement to settle this matter. On January 22, 2008, undersigned counsel received plaintiff's written settlement offer and is in the process of requesting authority to finalize the settlement. Because approval (or denial) of authority to settle this matter has not yet been given, defendant respectfully requests that the Court stay this matter until March 31, 2008.

Defendant has contacted plaintiff's counsel, who has indicated that plaintiff consents to this request.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

January 28, 2008

CERTIFICATE OF FILING

I hereby certify that on this 28th day of January, 2008, a copy of the foregoing "Consent Motion To Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim