# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: January 30, 2008)**

* * * * * * * * * * * * * * * * *

**HOH RIVER TIMBER COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

Defendant's unopposed motion, filed January 28, 2008, to stay the above-captioned pending defendant's review of plaintiff's written settlement offer is **GRANTED**. Accordingly, the case is **STAYED**. The parties shall file a joint status report by **Monday, March 31, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge