IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOH RIVER TIMBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-418C |
| | ) | (Judge Nancy B. Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT AND CONSENT MOTION TO STAY

Pursuant to the Court's order of January 30, 2008, defendant respectfully submits this status report setting forth a summary of the state of settlement negotiations between the parties. In addition, defendant respectfully requests that the Court stay this matter for an additional 30 days, to and including April 30, 2008. Defendant has contacted plaintiff's counsel, who has stated that plaintiff does not oppose this motion to stay.

The parties have reached a tentative agreement to settle the claims in this case. However, the parties are negotiating the final terms of the settlement agreement, and expect to conclude those negotiations shortly. Once those negotiations are complete, the settlement agreement is executed, and payment is made, the parties expect to file a stipulation of dismiss.

For this reason, defendant respectfully requests that the Court grant its unopposed motion to stay this case for an additional 30 days.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

March 28, 2008

CERTIFICATE OF FILING

I hereby certify that on this 28th day of March, 2008, a copy of the foregoing "Joint Status Report and Consent Motion To Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim