# In the United States Court of Federal Claims

**No. 06-418C**
**(Filed: April 2, 2008)**

* * * * * * * * * * * * * * * * *
HOH RIVER TIMBER COMPANY, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

The court is in receipt of the parties' joint status report, filed March 28, 2008, indicating that they have reached a tentative settlement. The parties are currently negotiating the final terms of the agreement and, therefore, request an additional 30 days to finalize the settlement agreement. The parties' request for additional time is **GRANTED**. The above-captioned case remains **STAYED**. The parties shall file a joint status report by **Wednesday, April 30, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge