IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOH RIVER TIMBER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-418C<br>(Judge Nancy B. Firestone) |

JOINT STIPULATION OF DISMISSAL

Pursuant to Court of Federal Claims Rule 41(a)(1)(ii), defendant, the United States, and plaintiff, Hoh River Timber Company, hereby stipulate to dismissal of this action with prejudice, with each party to bear its own fees and costs.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

Attorneys for Defendant

/s Louis A. Ferreira
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Tele: (503) 294-9412
Fax: (503) 220-2480

Attorney for Plaintiff

April 22, 2008

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of April, 2008, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Louis A. Ferreira